EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

ROBERt MOCO

Plaintiff,

-against-

City OF New York
PoLice Officers John Doe made False ARRSt
Witness, John Doe made False Accusations

Defendants.

---------------------------------------------------------X

FILED
CLERK

2018 MAR 16  PM 3: 09

U.S. DISTRICT COURT
EASTERN DISTRICT
OFFICE NEW YORK

**AMENDED
COMPLAINT**

17 CV 05611   (PKC)(LB)

Frist I want to represent my self, Iam emmyrand From ALBania I have
por English Both writing and speakin.

since october 2014 I have been Fight (2) open cases one Queens and one
N.Y. N.Y. While being Commited to OMH. CIV YPL for Competency. No
Low Library, No acceses to Legal peper work.

Criminal Court in Queens I've requested Many times fore Foil Freedom
Information for acceses to my Low suit. I coll them, my Family went
to the window G-64 and agen they Refused to relese the Information
for my cases te them. I Colled Manager and Judge chief
and file complant with Inspector ceneral for rufusal relese
of Information on my file.

As soon as Disposition was receved ifilled Claim for Low suit
But Iam still waiting to receive the case file.

Lowyer refused to give peper work requested Both my Family and
my self Colled and wrote many time with no response. I filled
Grievence on Attorney for bling inactive ad refusal of proper
counsel. Grievence No: Q-942-12 Address. 335 Adams st suit 2400
Brooklyn New York 11701

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERt MOCO

_____

_____

Plaintiff,

[Insert full name of plaintiff/prisoner]

AMENDED

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

17 CV-05611   PKC LB

JURY DEMAND

YES ✓   NO _____

-against-

City of New York
Police Officers (John Doe) who made False Arrest
Witness (John Doe)who made False Accusations

_____

_____

_____

Defendant(s).

[Insert full name(s) of defendant(s).  If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants.  The
names listed above must be identical to those listed in Part I]

I.  **Parties**:  (In item A below, place your name in the first blank and provide your present
address and telephone number.  Do the same for additional plaintiffs, if any.)

A.  **Name of plaintiff** ROBERt MOCO

If you are incarcerated, provide the name of the facility and address:

CNYPC P.O. Box 300  Marcy, N.Y 13403

_____

_____

Prisoner ID Number: 15R2643

1

If you are not incarcerated, provide your current address:

N /A

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

MARLIN                          FLORES (witness)
Full Name

Police - Pct -19
Job Title

25-28-78-Street Queens N.Y. 11370
153 East 67th street
Address

Defendant No. 2

John Doe
Full Name

Police officers : ID: 935192-Pct -115
Job Title

92-15 Northen Boulevard 11372

Address

Defendant No. 3

_____
Full Name

_____
Job Title

_____

2

_____

Address

Defendant No. 4

_____

Full Name

_____

Job Title

_____

_____

Address

Defendant No. 5

_____

Full Name

_____

Job Title

_____

_____

Address

## II.    Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? __25-28 - 78  Street__

__Queens   N Y - 11370__

_____

When did the events happen? (include approximate time and date) __JANUARY 30, 2014__

__one - 10:29 PM__

_____

3

PCt-115

Facts: (what happened?) On Jan 30th 2014 the Police come to my resident and forcely draged. Me out of my home Lorted At 25-28-78st St Queens New York 11370 they took me outside. and thro me to the Grown on the snow. they stated that the Tendlord [~~~] Neme is (John Doe) had file A Complaint Against me. the police dept Never made An Attempt to formaly in vestigate the matter Befor placing me Under Arrest. On September, 16 2014. I went befor the Jodge and the Case was Dismissed. Note that I was Detained in Central Booking 3 days and I had to pay (One thoosAnd doller) to Boil out.

Arrest PCt 115

**II.A.   Injuries.**   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required.  Was medical treatment received?

Injuries, Pain and suffering, emotional Trauma, distress and Medical expenses, Slande my Name.

4

# Facts (what happened?)

Frist I want to represent my self I am emmgrand ALBANIA I have por English both writing and speakin.

Since october 2014 i have been Fight(2) open cases one Queens and one NY. NY while being commited to OMH. CNYPC for Competency No Low Library, No access to Legal peper work.

Criminal court in Queens I've requested Many times for Foil Friedom Information for access to my Low Suit. I coll them my Family weant to the window G-64 and agen they Refused to relese the information for my cases te them. I colled Managr and Judge chief and file Complant. with with Inspector ceneral for rufusal relesi of Information on my cases Dismissed file.

As soon as Disposition was receved ifilled claim for Low suit But I am still waiting to receive the cases file.

Low yer refused to give peper work requestet Both my Family and my self colled ant wrote many time with no response I filled Grievence on Attorney for being inactive ad rufusol of proper counsl. Grievence NO: Q-942-12 Adobrees - 335 Adamsst suit 2400 Brooklyn New York 11201.

**III.   Relief:** State what relief you are seeking if you prevail on your complaint.

$250,000 — two hundred fifty thousand dollars

I declare under penalty of perjury that on _3-8-2018_ , I delivered this
                                                 (date)
complaint to prison authorities at _C N Y P C_____to be mailed to the United
                                      (name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _3-8-2018_          _RD_____
                           Signature of Plaintiff

                           _C N Y P C_____
                           Name of Prison Facility or Address if not incarcerated

                           _P.O. Box 300_____

                           _Marcy, NY 13403_____

                           Address

                           _15 R 26 43_____
                           Prisoner ID#

                                                        rev. 12/1/2015

5